# United States Court of Appeals
## For the First Circuit

No. 02-2590

K. ANDREW HULL; PATRICIA RIVERA-HULL; and
RIVERA-HULL CONJUGAL PARTNERSHIP,

Plaintiffs, Appellants,

v.

MUNICIPALITY OF SAN JUAN; ACE INSURANCE COMPANY; and
TARGET ENGINEERING, S.E.,

Defendants, Appellees.

**ERRATA**

The opinion of this court issued January 20, 2004, is amended as follows:

On page 8, note 2, line 7, substitute "fraud" for ("fraud,".